[No. 5271-7-II.  Division Two.  April 5, 1983.]

*In the Matter of the Estate of* AGNES V. HOYT.

Appeal from a judgment of the Superior Court for Pierce County, No. 89114, Robert A. Jacques, J., entered January 9, 1981. *Affirmed* by unpublished opinion per Petrie, J.,

concurred in by Petrich, C.J., and Worswick, J.